UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11-cr-102 |
| vs. | ) | |
| | ) | |
| JACKIE MORRISON | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 21, 2012, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1)  AUSA Terra Bay for the USA.
(2)  The defendant, Jackie Morrison.
(3)  Attorney Jerry Summers for defendant.
(4)  U.S. Probation Officer Anthony Greene.
(5)  Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Terra Bay called U.S. Probation Officer Anthony Greene and Officer Chad Johnson. Based on their testimony, I conclude defendant possessed firearms contained in a safe in direct violation of his bond conditions. Based on the defendant's violations, I conclude the defendant is a danger to the community.   Therefore, the defendant must be DETAINED without bond.

SO ORDERED.

ENTER.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE